**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 23, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00687-CV

---

**DANIEL MANK, Appellant**

**V.**

**AMERICAN EXPRESS NATIONAL BANK, Appellee**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1181128**

## MEMORANDUM OPINION

This is an appeal from a judgment signed September 2, 2022. On February 7, 2023, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The appeal is reinstated, and the motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.